UNITED STATES of America,
Plaintiff–Appellee,

v.

Marcelino Ramirez RABELO,
Defendant–Appellant.

No. 06–15204
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 21, 2007.

Stephen Michael McCusker, Savannah, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Stephen M. McCusker, appointed counsel for Marcelino Ramirez Rabelo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rabelo's conviction and sentence are **AFFIRMED.**